Jeane DeKelver (CABN 111394)
4750 Almaden Expressway #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Robert Klure

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00173 LHK |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER RESCHEDULING SENTENCING DATE |
| v. | ) | |
| ROBERT KLURE, | ) | |
| Defendant. | ) | |

This matter is currently set for sentencing on February 1, 2012. This is a joint request by the parties to reschedule the sentencing date to March 21, 2012 to allow the parties and the federal probation officer sufficient time to settle the facts of the offense for purposes of the final sentencing report. The parties agree, and the Court finds and holds as follows:

 1. The currently scheduled February 1, 2012 sentencing date is hereby vacated.

 2. This matter is rescheduled for sentencing on March 21, 2012 at 10:00 a.m.

Stipulation and [~~Proposed~~] Order CR-10-00173 JF

SO STIPULATED:

DATED: 1/11/2012                 /s/
                                 Jeane DeKelver
                                 Attorney for Robert Klure

DATED: 1/11/2012                 /s/
                                 Jeff Nedrow
                                 Assistant United States Attorney

IT IS SO ORDERED.

DATED: 1/12/12                   *Lucy H. Koh*
                                 Lucy H. Koh
                                 United States District Judge

Stipulation and [~~Proposed~~] Order CR-10-00173 JF