MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-00173-LHK |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| ROBERT KLURE, | |
| Defendant. | |

The United States, through its counsel Jeff Nedrow, and defendant Robert Klure, through his counsel Jeane DeKelver, hereby agree and stipulate to continue the sentencing hearing in this case presently scheduled for Wednesday, March 21, 2012 at 9:00 a.m. to Wednesday, April 25, 2012 at 9:00 a.m. before this Court. This continuance is requested for the following reasons:

1) The parties are requesting additional time to prepare for sentencing in this case. The government requests additional time to finalize its sentencing recommendation, and the defense requests additional time to respond to the government's recommendation.

2) The United States will file it sentencing memorandum by April 11, 2012 in this case.

The defense will file its sentencing memorandum by April 18, 2012.

For these reasons, the parties respectfully request that the Court continue the sentencing hearing in this case from March 21, 2012 to April 25, 2012 at 9:00 a.m. The probation office has been contacted regarding this requested continuance.

It is so stipulated.

Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

March 14, 2012 _____/s/_____
JEFFREY D. NEDROW
Assistant U.S. Attorney

March 14, 2012 _____/s/_____
JEANE DEKELVER
Attorney for Robert Klure

**ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that date of the sentencing hearing in this case is continued from March 21, 2012 to April 25, 2012 at 9:00 a.m. before this Court.

Dated this 16th day of March, 2012.

_____
LUCY H. KOH
United States District Judge