Vicki Marolt Buchanan.
State Bar No. 153318
19201 Sonoma Highway, No. 243
Sonoma, California 92660
Telephone: (707) 343-1907
Facsimile: (707) 343-1771
vickimaroltbuchananpc@gmail.com

Attorney for Defendant/Appellant
ROBERT WILLIAM KLURE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 5:10-cr-00173-LHK-1 |
| Plaintiff/Respondent, | [PROPOSED] AMENDED ORDER TO RELEASE SEALED TRANSCRIPTS AND OTHER DOCUMENTS |
| v. | |
| ROBERT WILLIAM KLURE | |
| Defendant/Appellant | |

FOR GOOD CAUSE SHOWN, appellate counsel's motion to release seald

transcripts and other documents is granted.

The court reporter is directed to prepare and provide to counsel, Vicki

Marolt Buchanan, contact information provided above with the transcript of the

sealed proceedings of the court dated January 21, 2011, March 11, 2011, and April

18, 2012.

IT IS FURTHER ORDERED Ms. Buchanan is authorized obtain copies of

the sealed documents No. 63-73 and 79.

DATED: _____9/6/12_____

_Lucy H. Koh_

LUCY H. KOH

UNITED STATES DISTRICT JUDGE