Vicki Marolt Buchanan.
State Bar No. 153318
19201 Sonoma Highway, No. 243
Sonoma, California 92660
Telephone: (707) 343-1907
Facsimile: (707) 343-1771
vickimaroltbuchananpc@gmail.com

Attorney for Defendant/Appellant
ROBERT WILLIAM KLURE

**Filed**

JUL 17 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff/Respondent,<br><br>v.<br><br>ROBERT WILLIAM KLURE<br><br>Defendant/Appellant | Case No.: 5:10-cr-00173-LHK-1<br><br>[~~PROPOSED~~] ORDER TO RELEASE SEALED TRANSCRIPTS AND OTHER DOCUMENTS |

FOR GOOD CAUSE SHOWN, defendant's motion to release sealed transcripts and other documents is granted. Vicki Marolt Buchanan may provide Robert William Klure with access to the following:

1/21/11 Hearing – Withdrawal of Attorney Morales

3/3/11 Hearing – Monitoring issues

4/18/12 Hearing – Issues with Attorney Dekelver

Sentencing documents 63-73 and 79

DATED: 7/17/13

*Government counsel may also access the same documents.*

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE